UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21304-CIV-SEITZ/SIMONTON

JUAN HIDALGO,

    Plaintiff,

v.

CARIBBEAN PUBLISHING CO., INC.,

    Defendant.

_____/

## ORDER SETTING FAIRNESS HEARING

This matter is before the Court upon the parties' Joint Motion to Approve Settlement in FLSA Action (DE # 18).  The Honorable Patricia A. Seitz, United States District Judge, has referred this matter to the undersigned Magistrate Judge for purposes of conducting a fairness hearing (DE # 19).  Having been advised that the parties have reached a settlement, it is

**ORDERED AND ADJUDGED** that a telephonic fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on Tuesday, September 6, 2011, at 4:00 p.m.  Counsel for Plaintiff shall initiate the conference call to the chambers of the undersigned (305-523-5930) with counsel for Defendant on the line.  The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of Plaintiff's counsel's fees.  Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

**DONE AND ORDERED** in chambers at Miami, Florida this 2nd day of September, 2011.

*Andrea M. Simonton*
_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

**Copies provided to:**
**The Honorable Patricia A. Seitz,**
    **United States District Judge**
**All counsel of record**